B6C (Official Form 6C) (04/13)

**In re** Chad Ferber & Meridith M. Ferber  
**Debtor**

**Case No.** 14-35222  
**(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:  
(Check one box)

☑ 11 U.S.C. § 522(b)(2)  
☐ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $155,675*.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Single Family Home | (Husb)11 U.S.C. 522(d)(1) <br> (Wife)11 U.S.C. 522(d)(1) | 0.00 <br> 0.00 | 256,000.00 |
| 2002 Toyota Rav 4 | (Husb)11 U.S.C. 522(d)(2) | 3,203.00 | 3,203.00 |
| Hudson Valley Federal Credit Union | (Husb)11 U.S.C. 522(d)(5) | 5.00 | 5.00 |
| Blue Bird-Amex Debit Account | (Wife)11 U.S.C. 522(d)(5) | 100.00 | 100.00 |
| Clothing and wearing apparel | (Husb)11 U.S.C. 522(d)(3) <br> (Wife)11 U.S.C. 522(d)(3) | 600.00 <br> 600.00 | 1,200.00 |
| Household goods and furnishings | (Husb)11 U.S.C. 522(d)(3) <br> (Wife)11 U.S.C. 522(d)(3) | 1,500.00 <br> 1,500.00 | 3,000.00 |
| Silver Jewelry and wedding band | (Wife)11 U.S.C. 522(d)(4) | 600.00 | 600.00 |
| wedding band | (Husb)11 U.S.C. 522(d)(4) | 100.00 | 100.00 |
| Costume Jewelry | (Wife)11 U.S.C. 522(d)(3) | 100.00 | 100.00 |
| Potential Tax Refunds | (Husb)11 U.S.C. 522(d)(5) <br> (Wife)11 U.S.C. 522(d)(5) | 500.00 <br> 500.00 | 1,000.00 |
| cash on hand | (Wife)11 U.S.C. 522(d)(5) | 100.00 | 100.00 |
| | Total exemptions claimed: | 9,408.00 | |

*Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.