UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
In Re:

CHAD FERBER
MERIDITH M. FERBER

Debtors.
-----------------------------------------------------X

Case No. 14-35222 (cgm)

**ORDER**

Chapter 13

APPLICATION HAVING BEEN MADE TO this Court by the Bronson Law Offices by notice of motion seeking an Order avoiding judgment liens on the Debtors' real property located at 16 Cramer Road, Rhinebeck, NY, in the County of Dutchess, and it appearing that the notice of motion having been sufficiently served on the judgment creditors and on the Chapter 13 Trustee; and the U.S. Trustee; and there being no opposition to the requested relief; and this matter having come before the Court on July 1, 2014 at 10:45 a.m. and the Bronson Law Offices appearing in support thereof and upon due deliberation:

IT IS HEREBY:

1. Ordered that the application is granted in all respects; and further
2. Ordered that the judgment lien on the property known as 16 Cramer Road, Rhinebeck, NY 12572 by Midland Funding LLC shall be avoided; and further
3. Ordered that the Clerk of the County of Dutchess shall void the judgment lien by Midland Funding LLC on the property known as 16 Cramer Road, Rhinebeck, NY 12572, appearing at doc: 1423c; liber: 3157; page 1506, recorded June 28, 2011; and further
4. Ordered that the judgment lien on the property known as 16 Cramer Road, Rhinebeck, NY 12572 by Unifund CCR LLC shall be avoided; and further

5. Ordered that the Clerk of the County of Dutchess shall void the judgment lien by Unifund CCR LLC on the property known as 16 Cramer Road, Rhineback, NY 12572, appearing at doc: 7034C; liber: 3160; page: 815, recorded on April 19, 2013; and further

6. Ordered that the judgment lien on the property known as 16 Cramer Road, Rhinebeck, N Y 12572 by HSBC Nevada NA shall be avoided; and further

7. Ordered that the Clerk of the County of Dutchess shall void the judgment lien by HSBC Nevada NA on the property known as 16 Cramer Road, Rhinebeck, NY 12572, appearing at doc: 1661C; liber: 3152; page: 626, recorded on July 23, 2009.

**Dated: July 9, 2014**
**Poughkeepsie, New York**



**/s/ Cecelia G. Morris**

**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**