| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>POUGHKEEPSIE DIVISION<br>-----------------------------------------------------------X<br>In Re:<br><br>    CHAD FERBER and<br>    MERIDITH M. FERBER,<br><br>                        Debtors.<br>-----------------------------------------------------------X | Hearing Date: November 18, 2014<br>Hearing Time: 10:50 AM<br><br>CHAPTER 13<br>Case No. 14-35222-CGM<br><br>AMENDED NOTICE OF<br>MOTION FOR<br>RELIEF FROM AUTOMATIC<br>STAY |

      **PLEASE TAKE NOTICE**, that upon the annexed application of HUDSON VALLEY FEDERAL CREDIT UNION, dated October 24, 2014 the undersigned will move this Court on November 18, 2014 at 10:50 a.m. at the United States Bankruptcy Courthouse for the Southern District of New York, 355 Main St, Poughkeepsie, New York 12601 for an Order granting HUDSON VALLEY FEDERAL CREDIT UNION relief from the automatic stay pursuant to Section 362(d)(1) and (2) of the Bankruptcy Code, so as to permit HUDSON VALLEY FEDERAL CREDIT UNION to pursue its claim by virtue of a secured loan for a vehicle owned by Debtor CHAD FERBER herein regarding a 2008 Nissan Pathfinder bearing Vehicle Identification No. 5N1AR18B38C635385 (the "Vehicle"), as the Debtor CHAD FERBER and non-Debtor CAROLE GREEN have failed to make post petition payments or provide Creditor with adequate protection and there is no equity in said Vehicle, together with such other and further relief as the Court deems just and proper.

      **PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9014 AND LOCAL BANKRUPTCY RULE 9006-1, IF YOU INTEND TO OPPOSE THE MOTION, YOU MUST SERVE ON THE DEBTORS' COUNSEL AND FILE WITH THE CLERK OF THE BANKRUPTCY COURT, WRITTEN OPPOSITION TO THE**

**MOTION NOT LATER THAN SEVEN (7) BUSINESS DAYS PRIOR TO THE RETURN DATE OF THIS MOTION. IN THE EVENT NO WRITTEN OPPOSITION IS SERVED AND FILED, NO HEARING ON THE MOTION WILL BE HELD BEFORE THE COURT ON THE RETURN DATE, AND THE COURT WILL CONSIDER THE MOTION AS UNOPPOSED.**

DATED:    Wappingers Falls, New York
              October 29, 2014

Yours, etc.,

**HANDEL & CARLINI, LLP**

_____
ANTHONY C. CARLINI, JR., ESQ. (AC-4818)
Attorneys for Secured Creditor
Office and P.O. Address:
62A East Main Street
Wappingers Falls, New York 12590
Tel. No. (845) 454-2221

TO:    Clerk of the Court
United States Bankruptcy Court
Southern District of New York
355 Main Street
Poughkeepsie, NY 12601

Chad Ferber, Debtor
16 Cramer Road
Rhinebeck, NY 12572

Meridith M. Ferber, Debtor
16 Cramer Road
Rhinebeck, NY 12572

Carole Green, Co-Borrower
4 Firestone Drive
Annadel, NY 08801

Hudson Valley Federal Credit Union
159 Barnegat Road
Poughkeepsie, New York 12601

H. Bruce Bronson, Jr.
Bronson Law Offices, P.C.,
Attorney for the Debtor
480 Mamaroneck Avenue
Harrison, NY 10528-0023

Jeffrey L. Sapir
Chapter 13 Trustee
399 Knollwood Road
Suite 102
White Plains, New York 10603

United States Trustee
Office of the United States Trustee
74 Chapel Street
Albany, NY 12207

**HANDEL & CARLINI, LLP**
ATTORNEYS AT LAW
WWW.HANDELCARLINI.COM

P 845.454.2221
F 845.297.2250

ANTHONY CARLINI
ANTHONY@HANDELCARLINI.COM

WAPPINGERS OFFICE
(RESPOND HERE)
62A EAST MAIN STREET
WAPPINGERS FALLS, NY 12590

POUGHKEEPSIE OFFICE
POUGHKEEPSIE JOURNAL
BUILDING
85 CIVIC CENTER PLAZA
SUITE 201A
POUGHKEEPSIE, NY 12601

October 29, 2014

Chad Ferber
16 Cramer Road
Rhinebeck, NY 12572

Meridith M. Ferber
16 Cramer Road
Rhinebeck, NY 12572

Carole Green
4 Firestone Drive
Annadel, NY 08801

H. Bruce Bronson, Jr.
Bronson Law Offices, P.C.,
Attorney for the Debtor
480 Mamaroneck Avenue
Harrison, NY 10528-0023

Jeffrey L. Sapir
Chapter 13 Trustee
399 Knollwood Road
Suite 102
White Plains, New York 10603

United States Trustee
Office of the United States Trustee
74 Chapel Street
Albany, NY 12207

**Re:    Chad Ferber and Meridith M. Ferber**
**Chapter 13, Case No. 14-35222-cgm,**
**Hudson Valley Federal Credit Union, Creditor**

Enclosed herewith please find Amended Notice of Motion For Relief From Automatic Stay. Please note that the original Notice noted the United States Bankruptcy Court, Southern District of New York as 347 Main Street, Poughkeepsie, NY 12601. Please note the correct address is 355 Main Street, Poughkeepsie, NY 12601.

Very truly yours,

**HANDEL & CARLINI, LLP**

By:_____
Anthony C. Carlini, Jr., Esq.

ACC/bmm
Enclosure

cc:    Hudson Valley Federal Credit Union
       United States Bankruptcy Court

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF DUTCHESS   )

Britney M. Maddock, being duly sworn, deposes and says:

That I am not a party to the action, am over eighteen years of age and reside at Poughkeepsie, New York.

On October 29, 2014 I served a true copy of the **Amended Notice of Motion for Relief from Automatic Stay,** in the following manner: by mailing same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U. S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

Chad Ferber
16 Cramer Road
Rhinebeck, NY 12572

Meridith M. Ferber
16 Cramer Road
Rhinebeck, NY 12572

Carole Green
4 Firestone Drive
Annadel, NJ 08801

H. Bruce Bronson, Jr.
Bronson Law Offices, P.C.,
Attorney for the Debtor
480 Mamaroneck Avenue
Harrison, NY 10528-0023

Jeffrey L. Sapir
Chapter 13 Trustee
399 Knollwood Road
Suite 102
White Plains, NY 10603

United States Trustee
Office of the United States Trustee
74 Chapel Street
Albany, NY 12207

_____
Britney M. Maddock,

Sworn to before me this
29th day of October, 2014.

_____
Notary Public

BETTYANN GIVEN
Notary Public, State of New York
Reg. No. 01GI6243051
Qualified in Dutchess County
Commission Expires June 13, 20 15