UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:

**Chad Ferber and Meridith Ferber**

Debtors.
-----------------------------------------------------------------x

Chapter 13

Case No. 14-35222 (CGM)

# ORDER APPROVING MODIFICATION OF CHAPTER 13 PLAN POST CONFIRMATION

Upon the motion dated August 26, 2016, (the "Motion") of the debtors in the captioned case, Chad Ferber and Meridith Ferber (the "Debtors"), for an order modifying the Chapter 13 Plan Post Confirmation, and it appearing that due and sufficient notice of the Motion and the hearing thereon was provided; and there being no opposition to the requested relief; and upon the record hearing on the Motion; and, after due deliberation, it appearing that the modification is in the best interest of the estate, it is hereby ORDERED that:

1. The Motion is granted.

2. The Plan as proposed in the Motion is hereby approved as of the date of the Motion.



**Dated: August 9, 2019**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**